908 A.2d 177

IN THE MATTER OF PETER H. JACOBY, AN ATTORNEY
AT LAW (ATTORNEY NO. 003981987).

October 16, 2006.

## O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 06–068, concluding that **PETER H. JACOBY** of **BEDMINSTER**, who was admitted to the bar of this State in 1987, should be suspended from the practice of law for a period of three months for violating *RPC* 8.4(c) (commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer);

And the Court having granted respondent's petition for review and having ordered **PETER H. JACOBY** to show cause why he should not be disbarred or otherwise disciplined;

And the Court having determined from its review of the record that the appropriate quantum of discipline for respondent's unethical conduct is a censure;

And good cause appearing;

It is ORDERED that **PETER H. JACOBY** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.